UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUCIEN LUKE BARTHOLOMEW | CIVIL ACTION |
| VERSUS | NO. 21-1695 |
| LAFOURCHE PARISH, ET AL. | SECTION "R" (2) |

# ORDER

Plaintiff's complaint alleging claims under 42 U.S.C. § 1983 was referred to Magistrate Judge Donna Phillips Currault for a Report and Recommendation ("R&R") and to conduct an evidentiary hearing if necessary. After plaintiff repeatedly failed to comply with the Court's orders and did not attend scheduled conferences, Magistrate Judge Currault recommended dismissal of plaintiff's claims for failure to prosecute.[1] *See* Fed. R. Civ. P. 41(b). Plaintiff did not object to the R&R. Therefore, this Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order

---

[1] R. Doc. 27.

to accept the recommendation."). The Court finds no clear error. Therefore, the Court adopts Magistrate Judge Currault's R&R as its opinion.

Accordingly, the Court orders plaintiff's complaint DISMISSED WITHOUT PREJUDICE as to all defendants.

New Orleans, Louisiana, this __23rd__ day of January, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE